UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
* * * * * * * * * * * * * *

EUGENIA MIDDLETON,

        Plaintiff,

v

CLARE COUNTY DEPUTY
ANTHONY BROWN and CLARE
COUNTY DEPUTY ROBERT ADRIAN
VANBELZEN,

        Defendants.

HONORABLE DAVID M. LAWSON
U.S. DISTRICT COURT JUDGE

MAGISTRATE JUDGE BINDER

FILE NO. 03-10252-NO

_____/

| | |
|---|---|
| Daniel G. Romano (P49117)<br>Patricia L. Worrall (P62984)<br>THE THURSWELL LAW FIRM<br>Attorneys for Plaintiff<br>1000 Town Center, Suite 500<br>Southfield, MI 48075<br>(248) 354-2222 | Christopher K. Cooke (P35034)<br>Bradley D. Wierda (P63811)<br>CUMMINGS, McCLOREY, DAVIS &<br>ACHO, P.L.C.<br>Attorneys for Defendants<br>3939 M-72 East<br>Williamsburg, MI 49690<br>(231) 938-2888 |

_____/

## ORDER OF DISMISSAL

At session of said Court held in U.S. District Court, Eastern District of Michigan on this 6th day of January, 2005

PRESENT: HONORABLE DAVID M. LAWSON

Having read and filed the above Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the complaint and all amendments thereto, as to Defendants, ANTHONY BROWN and ROBERT ADRIAN VANBELZEN, be and the same hereby are dismissed with prejudice and without costs to any party. This resolves the last pending claim and closes the case.

DAVID M. LAWSON, US District Judge
Dated: JAN 0 6 2005

/home/sys/data/wpdata/clare/middleton/Caption